UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

YUSEF JACKSON,

    Plaintiff,

v.

AL ST. LAWRENCE (Chatham County Sheriff Complex);
McAUTHUR HOLMES;
LT. L. JOHNSON;
CPL S. CRITTENTEN,

    Defendants.

Case No. CV410-291

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _18th_ day of _July_, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA