# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | | |
|---|---|---|
| YUSEF JACKSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV410-291 |
| AL ST. LAWRENCE, *et al.*, | ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Yusef Jackson filed this 42 U.S.C. § 1983 action and the Court has since issued a Report and Recommdenation disposing of some of his claims. Doc. 6, *adopted*, doc. 8. Jackson, however, has failed to keep the Court apprised of his current address, as the copy of that R&R served upon him has been returned by the Postal Service as "undeliverable." Doc. 10. Local Rule 11.1 places a continuing duty on attorneys and *pro se* litigants to keep the Court apprised of their current address. Without a current mailing address, the Court cannot move this case forward or even communicate with plaintiff.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); see *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co- op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992). As the Clerk has no valid address for the plaintiff (who has evidently lost interest in his case), he is excused form any further attempts to serve the plaintiff.

**SO REPORTED AND RECOMMENDED**, this 21st day of July, 2011.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA